B6C (Official Form 6C) (04/13)

| In re | Janet J. Blair | Case No. | 13-29836 |
|---|---|---|---|
| | Debtor(s) | | |

## SECOND AMENDED
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Condominium located at:** **443 NE 210 Circle Terrace #21-203** **Miami, FL  33179** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | **56,420.00** | **56,420.00** |
| **Cash on Hand** | | | |
| **Queen bed, dresser, nightstand, sleeper sofa, sofa, coffee table, end table, 2 lamps, dining room table and 4 chairs, microwave, washer/dryer** | **Fla. Const. art. X, § 4(a)(2)** | **720.00** | **720.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Florida State Retirement System** | **Fla. Stat. Ann. § 222.21(2)** | **46,910.00** | **46,910.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Saturn Ion 2 door, 90,000 miles** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **3500.00** |
| | **Fla. Const. art. X, § 4(a)(2)** | **280.00** | |
| | Total: | **105,330.00** | **107,550.00** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 1 total page(s)