**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: Janet Blair,                                                      Case No. 13-29836
                                                                                           Chapter 13
     Debtor.
_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

     Pursuant to Local Rule 9013-1, debtor Janet Blair moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

     1.     Secured creditor Monterey Village One Condo Association filed a Proof of Claim (#7) that claims more than the debtor has provided for in her confirmed Plan, and thus debtor moves to modify her Plan to be in conformity with the Proof of Claim.

     Respectfully submitted,
     LEGAL SERVICES OF GREATER
     MIAMI, INC.

     By _____/s/_____
     Carolina A. Lombardi
     Florida Bar No. 241970
     Attorney for Debtor
     3000 Biscayne Boulevard
     Suite 500
     Miami, FL 33137
     Telephone: (305) 438-2427
     Primary E-mail: Clombardi@lsgmi.org
     Secondary E-mail: Ozaribaf@lsgmi.org