# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X   __Amended  First__   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Janet J. Blair__     JOINT DEBTOR: _____     CASE NO.: __13-29836__
Last Four Digits of SS# __2552__     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __447.44__ for months __1__ to __6__ ;
    B.    $ __457.79__ for months __7__ to __59__ ;
    C.    $ __2,899.79__ for months __60__ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $_____
                Balance Due  $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Monterey Village-One Condo Assn.__   Arrearage on Petition Date  $ __7,504.53__
Address: c/o Jeffrey S. Berlowitz. Esq.   Arrears Payment  $ __106.19__ /month (Months __1__ to __6__ )
    Siegfried Rivera et al.   Arrears Payment  $ __127.17__ /month (Months __7__ to __60__ )
    201 Alhambra Circle 11th Fl.   Regular Payment  $ __285.00__ /month (Months __1__ to __6__ )
    Coral Gables, FL 33134   Regular Payment  $ __289.01__ /month (Months __7__ to __60__ )
    Account No: Unit 203-21

2. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment  $_____/month (Months ____ to ____)
    _____   Regular Payment  $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
               Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ __2,220__ /month (Months __60__ to ____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor is paying 1st mortgage to City National and 2nd mortgage to Miami-Dade outside the Plan. The 3rd mortgage to Miami-Dade County does not require payments.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income

    /s/ Janet Blair_____     _____
Debtor                                           Joint Debtor
Date: __March 17, 2014__                          Date: _____

LF-31 (rev. 01/08/10)