UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                                        Case No.: 13-29836-AJC
                                                                              Chapter   13
JANET J. BLAIR,

        Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 31, 2015, a true and correct copy of Secured Creditor's Notice of Change of Address [DE 57], was served upon all registered users via the Court's CM/ECF notification, Electronic Mail to: Carolina A. Lombardi, 3000 Biscayne Blvd, #500, Miami, Florida 33137; Janet J. Blair, 443 NE 210 Circle Terrace, Building 21-203, Miami, Florida 33179 and Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; and to all other parties subject to receiving service by the Court's CM/ECF notifications procedures.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

                                              SIEGFRIED, RIVERA, HYMAN, LERNER,
                                              DE LA TORRE, MARS & SOBEL, P.A.
                                              Attorneys for Association
                                              201 Alhambra Circle, 11th Floor
                                              Coral Gables, FL 33134
                                              Telephone: 305-442-3334
                                              Fax:  305-443-3292
                                              jberlowitz@srhl-law.com
                                              BY:/s/ Jeffrey S. Berlowitz, Esquire
                                              JEFFREY S. BERLOWITZ, ESQUIRE
                                              Florida Bar No. 0963739