Certificate Number: 03621-FLS-DE-024586666

Bankruptcy Case Number: 13-29836



03621-FLS-DE-024586666

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2014, at 2:08 o'clock PM EST, Janet J Blair completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   November 21, 2014           By:   /s/Mike Fannelle

                                    Name: Mike Fannelle

                                    Title: Counselor