# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 13-29836-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

JANET J BLAIR

DEBTOR_____/

**NOTICE OF WITHDRAWAL OF (ECF# 71) TRUSTEE'S MOTION TO DISMISS CASE**

Notice is hereby given that the Trustee's Motion to Dismiss Case (ECF# 71) filed on behalf of Trustee Nancy K. Neidich, is hereby withdrawn.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Trustee's Motion to Dismiss Case was mailed to those parties listed below on this 2nd day of April, 2019.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CASE
CASE NO.: 13-29836-BKC-AJC

**COPIES FURNISHED TO:**

**DEBTOR (VIA MAIL)**
JANET J BLAIR
443 NE 210 CIRCLE TERRACE
BUILDING 21-203
MIAMI, FL  33179

**ATTORNEY FOR DEBTOR (VIA ECF)**
CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
4343 W FLAGLER STREET
SUITE 100
MIAMI, FL  33134